IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN AARON SCOTT MCCONNELL, ) | | |
|     Plaintiff, ) | Civil Action No. 7:13cv00061 | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| DANVILLE CITY JAIL, *et al.*, ) | By: Norman K. Moon | |
|     Defendants. ) | United States District Judge | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

    **ENTER**: This 22nd day of March, 2013.

                                                                            /s/ Norman K. Moon
                                                                        NORMAN K. MOON
                                                                        UNITED STATES DISTRICT JUDGE