# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN AARON SCOTT MCCONNELL,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:13cv00061 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **DANVILLE CITY JAIL,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 22nd day of March, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE